UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JESUS BARRAGAN-OCHOA | : | DOCKET NO. 2:18-cv-0847 |
| VERSUS | : | JUDGE SUMMERHAYS |
| CB&I LLC | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motions to Dismiss [doc. 3] be **GRANTED IN PART** and **DENIED IN PART** and that the Motion for a More Definite Statement [doc. 3] be **DENIED**, with the plaintiff's Title VII harassment and retaliation claims **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion.

**THUS DONE AND SIGNED** in Chambers this 27th day of March, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE